IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CASE NO. 05-47661
)
CRYSTAL D. ADAMS-EVANS ) CHAPTER 7
) JUDGE KAY WOODS
DEBTORS )

UNCLAIMED FUNDS - REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011

The undersigned Trustee of the above entitled case, Elaine B. Greaves, having filed her Final Report, and the same having been heretofore approved, hereby reports that all checks issued by her, as such Trustee, have been cashed by the bank upon which drawn,

EXCEPT the following checks which have remained uncashed for ninety (90) days after date of distribution of the final dividend herein:

| Check No. | Name and Address | Amount |
|---|---|---|
| 10109 | National City Bank<br>PO Box 500 K A16-21<br>Portage, MI 49081 | $ 593.76 |
| 10110 | National City Bank<br>PO Box 500 K A16-21<br>Portage, MI 49081 | $ 527.78 |
| | TOTAL | $1,121.54 |

and that as to the money represented by said checks, the same is hereby paid into the Court pursuant to 11U.S.C. Section 347.

Dated: 11/22/10

/s/ Elaine B. Greaves, Esq.
ELAINE B. GREAVES, Esq., #0052259
Chapter 7 Trustee
PO Box 1381
Youngstown, Ohio 44501
(330) 744-5139